# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | No. 297 EAL 2015 |
| Respondent | |
| | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | |
| IVETTE RUEDAS, | |
| Petitioner | |

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | No. 298 EAL 2015 |
| Respondent | |
| | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | |
| RASHEED DURHAM, | |
| Petitioner | |

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | No. 299 EAL 2015 |
| Respondent | |
| | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | |
| JENNIFER BENIGUEZ, | |
| Petitioner | |

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | No. 300 EAL 2015 |
| Respondent | |
| | Petition for Allowance of Appeal from the |

v.

GEORGE MATEO,

      Petitioner

COMMONWEALTH OF PENNSYLVANIA,   No. 301 EAL 2015

      Respondent

Petition for Allowance of Appeal from the Order of the Superior Court

v.

JOEL BROWN,

      Petitioner

COMMONWEALTH OF PENNSYLVANIA,   No. 302 EAL 2015

      Respondent

Petition for Allowance of Appeal from the Order of the Superior Court

v.

DANIEL FALU,

      Petitioner

COMMONWEALTH OF PENNSYLVANIA,   No. 303 EAL 2015

      Respondent

Petition for Allowance of Appeal from the Order of the Superior Court

v.

TAMMY MICHENSELDER,

      Petitioner

COMMONWEALTH OF PENNSYLVANIA,

   Respondent

     v.

TWANIA HILL,

    Petitioner

No. 304 EAL 2015

Petition for Allowance of Appeal from the Order of the Superior Court

COMMONWEALTH OF PENNSYLVANIA,

   Respondent

     v.

DANNY T. GORHAM,

    Petitioner

No. 305 EAL 2015

Petition for Allowance of Appeal from the Order of the Superior Court

COMMONWEALTH OF PENNSYLVANIA,

   Respondent

     v.

WILLIAM T. CHIRENO,

    Petitioner

No. 306 EAL 2015

Petition for Allowance of Appeal from the Order of the Superior Court

COMMONWEALTH OF PENNSYLVANIA,

   Respondent

     v.

No. 307 EAL 2015

Petition for Allowance of Appeal from the Order of the Superior Court

BRENDA WATTS,

    Petitioner

COMMONWEALTH OF PENNSYLVANIA,     No. 308 EAL 2015

    Respondent

Petition for Allowance of Appeal from the Order of the Superior Court

    v.

ROBERT MOLL,

    Petitioner

COMMONWEALTH OF PENNSYLVANIA,     No. 309 EAL 2015

    Respondent

Petition for Allowance of Appeal from the Order of the Superior Court

    v.

MARK MARQUES,

    Petitioner

COMMONWEALTH OF PENNSYLVANIA,     No. 310 EAL 2015

    Respondent

Petition for Allowance of Appeal from the Order of the Superior Court

    v.

THOMASINA HOPKINS,

    Petitioner

COMMONWEALTH OF PENNSYLVANIA,     No. 311 EAL 2015

    Respondent

Petition for Allowance of Appeal from the

|  | Order of the Superior Court |
|---|---|
| v. | |
| LOUIS B MERRERO, | |
| Petitioner | |
| | |
| COMMONWEALTH OF PENNSYLVANIA, | No. 312 EAL 2015 |
| Respondent | |
| | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | |
| ANGEL GONZALEZ, | |
| Petitioner | |
| | |
| COMMONWEALTH OF PENNSYLVANIA, | No. 313 EAL 2015 |
| Respondent | |
| | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | |
| EDWARD HARRISON, | |
| Petitioner | |
| | |
| COMMONWEALTH OF PENNSYLVANIA, | No. 314 EAL 2015 |
| Respondent | |
| | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | |
| SHERRIA JOHNSON, | |
| Petitioner | |

COMMONWEALTH OF PENNSYLVANIA,

        Respondent

          v.

SHERRITA HALL,

        Petitioner

No. 315 EAL 2015

Petition for Allowance of Appeal from the Order of the Superior Court

COMMONWEALTH OF PENNSYLVANIA,

        Respondent

          v.

ALEX  CALIX,

        Petitioner

No. 316 EAL 2015

Petition for Allowance of Appeal from the Order of the Superior Court

COMMONWEALTH OF PENNSYLVANIA,

        Respondent

          v.

SOTO HECTOR,

        Petitioner

No. 317 EAL 2015

Petition for Allowance of Appeal from the Order of the Superior Court

COMMONWEALTH OF PENNSYLVANIA,

        Respondent

          v.

No. 318 EAL 2015

Petition for Allowance of Appeal from the Order of the Superior Court

REGINALD HALL,

     Petitioner

COMMONWEALTH OF PENNSYLVANIA,    No. 319 EAL 2015

     Respondent

                     Petition for Allowance of Appeal from the Order of the Superior Court

       v.

NATHANIEL MOORE,

     Petitioner

COMMONWEALTH OF PENNSYLVANIA,    No. 320 EAL 2015

     Respondent

                     Petition for Allowance of Appeal from the Order of the Superior Court

       v.

JARELL CLARKE,

     Petitioner

COMMONWEALTH OF PENNSYLVANIA,    No. 321 EAL 2015

     Respondent

                     Petition for Allowance of Appeal from the Order of the Superior Court

       v.

JOSE L. MALAVE,

     Petitioner

COMMONWEALTH OF PENNSYLVANIA,    No. 322 EAL 2015

     Respondent

                     Petition for Allowance of Appeal from the

|  |  |
|---|---|
| v. | Order of the Superior Court |
| JACKLINE CAMACHO,<br><br>       Petitioner |  |
| COMMONWEALTH OF PENNSYLVANIA,<br><br>       Respondent<br><br>     v.<br><br>SOL M. M. GONZALEZ,<br><br>       Petitioner | No. 323 EAL 2015<br><br><br>Petition for Allowance of Appeal from the Order of the Superior Court |
| COMMONWEALTH OF PENNSYLVANIA,<br><br>       Respondent<br><br>     v.<br><br>KARLTON JOHNSON,<br><br>       Petitioner | No. 324 EAL 2015<br><br><br>Petition for Allowance of Appeal from the Order of the Superior Court |
| COMMONWEALTH OF PENNSYLVANIA,<br><br>       Respondent<br><br>     v.<br><br>LOUIS RODRIGUES,<br><br>       Petitioner | No. 325 EAL 2015<br><br><br>Petition for Allowance of Appeal from the Order of the Superior Court |

COMMONWEALTH OF PENNSYLVANIA,

        Respondent

         v.

NICOLE TAMM,

        Petitioner

No. 326 EAL 2015

Petition for Allowance of Appeal from the Order of the Superior Court

---

COMMONWEALTH OF PENNSYLVANIA,

        Respondent

         v.

AMILIA FARRELL,

        Petitioner

No. 327 EAL 2015

Petition for Allowance of Appeal from the Order of the Superior Court

---

COMMONWEALTH OF PENNSYLVANIA,

        Respondent

         v.

CHAMAR WITHROW,

        Petitioner

No. 328 EAL 2015

Petition for Allowance of Appeal from the Order of the Superior Court

---

COMMONWEALTH OF PENNSYLVANIA,

        Respondent

         v.

No. 329 EAL 2015

Petition for Allowance of Appeal from the Order of the Superior Court

MARITZA RODRIGUEZ,

         Petitioner

COMMONWEALTH OF PENNSYLVANIA,    No. 330 EAL 2015

         Respondent

                       Petition for Allowance of Appeal from the Order of the Superior Court

       v.

ANGELO LOPEZ,

         Petitioner

COMMONWEALTH OF PENNSYLVANIA,    No. 331 EAL 2015

         Respondent

                       Petition for Allowance of Appeal from the Order of the Superior Court

       v.

VERNON HAYES,

         Petitioner

COMMONWEALTH OF PENNSYLVANIA,    No. 332 EAL 2015

         Respondent

                       Petition for Allowance of Appeal from the Order of the Superior Court

       v.

RICKY BUCKNER,

         Petitioner

COMMONWEALTH OF PENNSYLVANIA,    No. 333 EAL 2015

         Respondent

                       Petition for Allowance of Appeal from the

|  |  |
|---|---|
| v. | Order of the Superior Court |
| WILFREDO BAEZ,<br><br>     Petitioner | |

|  |  |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA,<br><br>     Respondent<br><br>v.<br><br>JONATHAN DEAN,<br><br>     Petitioner | No. 334 EAL 2015<br><br><br>Petition for Allowance of Appeal from the Order of the Superior Court |

|  |  |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA,<br><br>     Respondent<br><br>v.<br><br>TRAVIS JOHNSON,<br><br>     Petitioner | No. 335 EAL 2015<br><br><br>Petition for Allowance of Appeal from the Order of the Superior Court |

|  |  |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA,<br><br>     Respondent<br><br>v.<br><br>LEE STEWART,<br><br>     Petitioner | No. 336 EAL 2015<br><br><br>Petition for Allowance of Appeal from the Order of the Superior Court |

COMMONWEALTH OF PENNSYLVANIA,    No. 337 EAL 2015

        Respondent

                            Petition for Allowance of Appeal from the Order of the Superior Court

      v.

MERIAM  VARGAS,

        Petitioner


COMMONWEALTH OF PENNSYLVANIA,    No. 338 EAL 2015

        Respondent

                            Petition for Allowance of Appeal from the Order of the Superior Court

      v.

MYRA HAYNES,

        Petitioner


COMMONWEALTH OF PENNSYLVANIA,    No. 339 EAL 2015

        Respondent

                            Petition for Allowance of Appeal from the Order of the Superior Court

      v.

ANTHONY FERNANDEZ,

        Petitioner


COMMONWEALTH OF PENNSYLVANIA,    No. 340 EAL 2015

        Respondent

                            Petition for Allowance of Appeal from the Order of the Superior Court

      v.

GEORGE SERRANO,

    Petitioner

COMMONWEALTH OF PENNSYLVANIA, | No. 341 EAL 2015

    Respondent

Petition for Allowance of Appeal from the Order of the Superior Court

    v.

WILLIAM APONTE,

    Petitioner

COMMONWEALTH OF PENNSYLVANIA, | No. 342 EAL 2015

    Respondent

Petition for Allowance of Appeal from the Order of the Superior Court

    v.

JORGE RIVERA,

    Petitioner

COMMONWEALTH OF PENNSYLVANIA, | No. 343 EAL 2015

    Respondent

Petition for Allowance of Appeal from the Order of the Superior Court

    v.

CARLOS ACOSTA,

    Petitioner

COMMONWEALTH OF PENNSYLVANIA, | No. 344 EAL 2015

    Respondent

Petition for Allowance of Appeal from the

|  | Order of the Superior Court |
| --- | --- |
| v. | |
| ADA ANAYA, | |
| Petitioner | |
| COMMONWEALTH OF PENNSYLVANIA, | No. 345 EAL 2015 |
| Respondent | |
| v. | Petition for Allowance of Appeal from the Order of the Superior Court |
| JUAN R. BROWN, | |
| Petitioner | |
| COMMONWEALTH OF PENNSYLVANIA, | No. 346 EAL 2015 |
| Respondent | |
| v. | Petition for Allowance of Appeal from the Order of the Superior Court |
| NADIYAH FRANKS, | |
| Petitioner | |
| COMMONWEALTH OF PENNSYLVANIA, | No. 347 EAL 2015 |
| Respondent | |
| v. | Petition for Allowance of Appeal from the Order of the Superior Court |
| BRANDON DEVALLE, | |
| Petitioner | |

# **ORDER**

**PER CURIAM**

    **AND NOW**, this 15th day of September, 2015, the Petition for Allowance of Appeal is **DENIED**.